**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
GARY MICHAEL KINSEY,

                Plaintiff,                23 **CIVIL** 6066 (AEK)

   -v-                               **JUDGMENT**

MARTIN O'MALLEY,
COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated January 30, 2024, that the Commissioner's decision be, and hereby is, reversed and that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to the fourth sentence of 42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:** New York, New York
         January 30, 2024

                                                    **RUBY J. KRAJICK**
                                                      **Clerk of Court**

                             **BY:**         *K. Mango*

                                                       **Deputy Clerk**